1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

HOLLY NICOLE KEDDIE,

Defendants

CASE NO.: 21CR3188-JLS

**ORDER CONTINUING MOTION HEARING / TRIAL SETTING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**

Pursuant to joint motion, and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the motion hearing / trial setting currently scheduled for March 11, 2022, be continued to March 25, 2022, at 1:45 p.m.

The Court further finds that time should continue to be deemed excludable under the Speedy Trial Act pursuant 18 U.S.C. Section 3161(h)(7) as failure to continue would stop further proceedings or result in miscarriage of justice in the interim.

SO ORDERED.

Dated: March 9, 2022

*Janis L. Sammartino*

Hon. Janis L. Sammartino
United States District Judge