# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>HOLLY NICOLE KEDDIE,<br><br>　　　　　　Defendants | CASE NO.: 21CR3188-JLS<br><br>**ORDER CONTINUING MOTION HEARING / TRIAL SETTING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

　　Pursuant to joint motion, and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the motion hearing / trial setting currently scheduled for May 13, 2022, be continued to June 24, 2022, at 1:45 p.m.

　　The Court further finds that time should continue to be deemed excludable under the Speedy Trial Act pursuant 18 U.S.C. Section 3161(h)(7) as failure to continue would stop further proceedings or result in miscarriage of justice in the interim.

　　SO ORDERED.

Dated:　May 11, 2022

　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　United States District Judge