UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 21CR3188-JLS |
|---|---|
| Plaintiff, | |
| v. | **ORDER CONTINUING MOTION HEARING / TRIAL SETTING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| HOLLY NICOLE KEDDIE, | |
| Defendants | |

Pursuant to joint motion, and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the motion hearing / trial setting currently scheduled for October 14, 2022, be continued to November 10, 2022, at 1:30 p.m.

For the reasons set forth in the joint motion, the Court further finds that time should continue to be deemed excludable under the Speedy Trial Act pursuant 18 U.S.C. Section 3161(h)(7) as failure to continue would stop further proceedings or result in miscarriage of justice in the interim.

SO ORDERED.

Dated: October 12, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge